JUDGE JONES

08 CV 00316

5-638570

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MAERSK LINE,

                Plaintiff,

    - against -

NATHEL & NATHEL, INC.,

                Defendant.
--------------------------------------------------------X

CIVIL COMPLAINT IN ADMIRALTY

       Plaintiff MAERSK LINE, by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant NATHEL & NATHEL, INC., in personam, in a cause of action civil and maritime, alleges upon information and belief:

       1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq.

       2. At all times hereinafter mentioned, plaintiff MAERSK LINE was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 6000 Carnegie Blvd., Charlotte, NC 28209.

       3. Upon information and belief and at all times hereinafter mentioned, defendant had and now has the legal status and place of business as set forth in Schedule A.

       4. On or about the dates and at the ports of shipment stated in Schedule A, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendant pursuant to plaintiff's published tariff, all as set forth in Schedule A.

       5. Thereafter, the goods were carried to the ports of destination and delivered to the consignee and/or its agents.

6. Plaintiff has performed all duties and obligations required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and refuse to remit payment of $6,303.00, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $6,303.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
January 11, 2008

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By _____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
MAERSK LINE
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

## SCHEDULE A

I. Defendant's status & address:

    A. Upon information and belief and at all times hereinafter mentioned, defendant NATHEL & NATHEL, INC. was and still is a corporation organized and existing under the laws of the State of New York, with offices and a place of business at 301 Hunts Point Terminal Market, Bronx, NY 10451.

II. Details of shipment(s):

    1. Bill of Lading No. 511402373, dated September 8, 2006, from Newark to Valencia on the Vessel SL VALUE, one (1) forty-foot Refrigerated container SAID TO CONTAIN: FROZEN LEMONS & LIMES, at the applicable tariff charge of $6,303.00 (Exhibit A).

Amount Paid: $0          Amount Due: $6,303.00

III. Total Amount Due: $6,303.00

| | | | BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT | | SCAC: MAEU |
|---|---|---|---|---|---|
| | | | | | B/L No. 511402373 |

**Shipper**
NATHEL & NATHEL INC
301 HUNTSPOINT MKT TERM
BRONX NY 10474

**Booking No.**
510961156

**Export references**

**Consignee** (negotiable only if consigned "to order", "to order of a named Person" or "to order of bearer")
MUNDOSOL S.C.L.
03315 LA MURADA
MURCIA, SPAIN,
TEL 966779799,
FAX 966779789

**Notify Party** (see clause 22)
MUNDOSOL S.C.L.
03315 LA MURADA
MURCIA, SPAIN,
TEL 966779799,
FAX 966779789

**Vessel** (see clauses 1 and 19)
SL VALUE

**Voyage No.**
0615

**Place of Receipt.** Applicable only when document used as Multimodal Transport B/L (see clause 1)

**Port of Loading**
Newark

**Port of Discharge**
Valencia

**Place of Delivery.** Applicable only when document used as Multimodal Transport B/L (see clause 1)
Orihuela

### PARTICULARS FURNISHED BY SHIPPER

Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement

1 Container Said to Contain 1 PCK                                              26655.000 KGS      40.0000 CBM

LEMONS, LIME, NON-FROZEN, FRUIT

SHIPPED ON BOARD DECLARED CLEAN BY SHIPPER

NM

PONU4927434 ML-NONE 40 REEF 9'6 1 PCK 26655.000 KGS 40.0000 CBM
Temperature: 7.2 C
Shipper Seal: 19527
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Goods shipped in refrigerated container(s) set at shipper's requested carriage
temperature as per above

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.

DIVERSION CONTRARY TO U.S.LAW PROHIBITED.

*COPY*

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Basic Ocean Freight | 5000.00 | Per Container | USD | 5000.00 | |
| Inland Haulage Import | 445.00 | Per Container | EUR | | 445.00 |
| Bunker Adjustment Factor | 802.00 | Per Container | USD | 802.00 | |
| Currency Adjustment Factor | 9.00 | | USD | 450.00 | |
| Chassis Usage | 40.00 | Per Container | USD | | 40.00 |
| Congestion Surcharge | 0.00 | Per Container | USD | 0.00 | |
| Documentation Fee - Destinati | 33.00 | Per Bill of Lading | EUR | | 33.00 |

**Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier.**
1 container(s)

**Place of Issue of B/L**
Charlotte

**Number & Sequence of Original B/Ls**
THREE/3

**Date of Issue of B/L**

**Declared Value (see clause 7.3)**

**Shipped on Board Date**
2006-09-08

**Forwarder**
TRANSUNION (DELEGACION MADRID), SA
AVENIDA DRASSANES
Barcelona
08001

Signed for the Carrier A.P. Moller - Maersk A/S trading as Maersk Line

By Agent(s) for the Carrier

This transport document has one or more numbered attachments.

# EXHIBIT "A"

CY / SD

FREIGHT PREPAID

| Freight & Charges | Rate | | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| Handling Charge - Destination | 225.00 | Per Container | USD | | 225.00 |
| Handling Charge - Origin | 0.00 | Per Container | USD | 0.00 | |
| Port Security Charge | 5.00 | Per Container | USD | 5.00 | |
| Port Security Charge | 5.00 | Per Container | EUR | | 5.00 |
| Port Dues | 46.48 | Per Container | EUR | 46.48 | |
| Carrier Security Charge | 6.00 | Per Container | USD | 6.00 | |
| Total EUR | | | EUR | 46.48 | 483.00 |
| Total USD | | | USD | 6263.00 | 265.00 |

6,303.00