# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

No. 08 CV 00316

MAERSK LINE,

*Plaintiff,*

-against-

NATHEL & NATHEL, INC.,

*Defendant.*

State Of New York, County of New York SS.:

**ROBIN RAMSON**

Being duly sworn, deposes and says that he is over the age of 18 years, is not a party to this action and resides in New York.

That on the 21ST day of JANUARY 2008, At 7:10 AM

At 357 HUNTS POINT TERMINAL MARKET, BRONX, NEW YORK 10451

Deponent served the Annexed: **SUMMONS IN A CIVIL CASE AND CIVIL COMPLAINT IN ADMIRALTY**

Upon: **NATHEL & NATHEL, INC.**

### PERSONAL SERVICE ON A CORPORATION

A corporation, by delivering thereat a true copy to **RAMON PAGON (MANAGING AGENT)** personally; who stated, that he is the said individual to be *Authorized To Accept Service* thereof.

**DESCRIPTION** Deponent describes the individual served or spoken to as follows:
Sex: **MALE** Color: **BROWN** Hair: **BROWN** App. Age: 45 App.Ht: 5'8" App. Wt. 170
Other identifying features:

Sworn to before me this 31ST
day of JANUARY 2008

ROBIN RAMSON 956-346

ANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA6011489
Qualified in New York County
Commission Expires 3 14 2008