UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MAERSK LINE, :

          Plaintiff, : **ORDER**

   - against - : 08 Civ. 316 (BSJ)(FM)

NATHEL & NATHEL, INC. :

          Defendant. :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      It having been reported to this Court that the above entitled action has been settled, the Clerk of the Court is respectfully requested to close this case subject to its reinstatement within 30 days upon the letter request of any party.

      SO ORDERED.

Dated:   New York, New York
          March 26, 2008

                                            FRANK MAAS
                                 United States Magistrate Judge

Copies to:

Honorable Barbara S. Jones
United States District Judge

Albert Joseph Avallone
Albert J. Avallone & Associates
Fax: 212-696-1873