5-638570
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MAERSK LINE,

                            Plaintiff,

          - against -

NATHEL & NATHEL, INC.,

                          Defendant.
-------------------------------------------------------X

08 Civ. 316 (BSJ)

NOTICE AND ORDER OF DISMISSAL,
WITH PREJUDICE

       PLEASE TAKE NOTICE that the above captioned matter be and hereby is dismissed, with prejudice and without costs as to each party against the other, the defendant not having appeared, pursuant to Fed.R.Civ.P. 41.

Dated: New York, New York
        April 1, 2008

                          LAW OFFICES OF
                          ALBERT J. AVALLONE & ASSOCIATES

                          By _____
                          Albert J. Avallone - AA1679
                          Attorneys for Plaintiff
                          MAERSK LINE
                          551 Fifth Avenue, Suite 1625
                          New York, NY 10176
                          (212) 696-1760

SO ORDERED:

_____
U.S.D.J.

4/2/08